IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EDDY S. HARRIS, SR.                                                                                                PLAINTIFF

v.                                    NO. 4:11CV00231 JLH

CITY OF LITTLE ROCK, ARKANSAS;
PULASKI COUNTY SHERIFF'S DEPARTMENT;
ARKANSAS DEPARTMENT OF MOTOR VEHICLES;
BLUE HILL WRECKER SERVICE, INC.;
SLAMMER; ISAAC CORNETTI, Publisher and
Executive Editor, a/k/a "Dash Dangerfield;" and
STEVE THOMAS, Public Defender                                                                     DEFENDANTS

**ORDER**

The City of Little Rock has filed a motion in which it argues that the United States Marshals Service improperly served the City by addressing the summons and complaint to 700 West Markham, Little Rock, Arkansas, instead of addressing the summons and complaint to the Mayor or the City Manager at 500 West Markham, Little Rock, Arkansas. Although the City has moved to dismiss the complaint, in the alternative, the City requests the Court to order the United States Marshal to serve the City by serving copies of the summons and complaint on the Mayor or the City Manager.

The motion to dismiss is DENIED. Document #19. The Court orders the United States Marshal to serve the City of Little Rock by mailing summons and complaint, along with a copy of this Order, to Mark Stodola, Mayor of the City of Little Rock, 500 West Markham Street, Little Rock, Arkansas 72201.

IT IS SO ORDERED this 25th day of April, 2011.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE