**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

EDDY S. HARRIS, SR.                                                                                         PLAINTIFF

v.                                         NO. 4:11CV00231 JLH

CITY OF LITTLE ROCK, ARKANSAS                                                             DEFENDANT

**ORDER**

William C. Mann, III, has filed a motion for substitution of counsel. Good cause having been shown, the motion is GRANTED. Document #39. D. Clifford Sward is hereby substituted as counsel of record for the City of Little Rock. William C. Mann, III, is relieved from any further representation of the City of Little Rock in this action.

IT IS SO ORDERED this 21st day of June, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE