**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

EDDY S. HARRIS, SR.                                                                                         PLAINTIFF

v.                                          NO. 4:11CV00231 JLH

CITY OF LITTLE ROCK, ARKANSAS                                                                DEFENDANT

**ORDER**

On January 13, 2012, the City of Little Rock filed a motion for summary judgment, statement of undisputed facts, and brief.[1] Pursuant to Local Rule 56.1(d) and Local Rule 7.2(b), as well as Rule 6 of the Federal Rules of Civil Procedure, Harris's response was due no later than January 30, 2012. Harris still has not filed a response. The Court hereby gives notice that if Harris does not file a response to the motion for summary judgment on or before February 14, 2012, the Court will assume that he does not oppose the motion and will act accordingly.

IT IS SO ORDERED this 7th day of February, 2012.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] All three documents stated that they were being filed in case No. 4:07CV00601, another action involving Eddy S. Harris, Sr. That action was closed in 2008, and the Eighth Circuit dismissed an appeal in 2009. Despite the fact that the City's documents recited the wrong case number, the Clerk properly docketed the motion, statement of undisputed facts, and brief in this action.