**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

EDDY S. HARRIS, SR.                                                               PLAINTIFF

v.                      No. 4:11CV00231 JLH

CITY OF LITTLE ROCK, ARKANSAS                              DEFENDANT

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the City of Little Rock, Arkansas, on the claims of Eddy S. Harris, Sr.  The complaint of Eddy S. Harris, Sr., is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of February, 2012.

                                                             _____
                                                             J. LEON HOLMES
                                                             UNITED STATES DISTRICT JUDGE